FILED
April 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D23

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | John W. Krueger and Penelope M. Krueger |
| **Case No :** | 10-24567 - B - 7 |
| **Date :** | 4-20-10 |
| **Time :** | 9:31 |
| **Matter :** | [10] – Motion/Application for Relief from Stay [PD-1] Filed by Creditor US Bank NA (Fee Paid $150) (swas)<br>[10] – Motion/Application for Adequate Protection [PD-1] Filed by Creditor US Bank NA (swas) |
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtors pursuant to 11 U.S.C. § 362 (d)(1) and (d)(2) in order to permit the movant to foreclose on the real property located at 191 Lakeshore Boulevard, #67, Zephyr Cove, NV 89448 (APN 1318-15-111-016) ("Property") and to obtain possession of the Property following the sale, all in accordance with applicable non-bankruptcy law. The court awards no fees and costs. The 14-day period specified in Fed. R. Bankr. P. 4001(a)(3) is waived. Except as so ordered, the motion is denied.

Dated: April 22, 2010

Thomas C. Holman
United States Bankruptcy Judge